UNITED STATES DISTRICT COURT
ONE COURT HOUSE WAY, SUITE 2300
BOSTON, MASSACHUSSETTS 02210

MAY 2, 2012 WEDNESDAY

ATTENTION: CLERK OF COURT

I AM SO SICK. MY STOMACH FOR MONTHS HAS BEEN HURTING. FIRST CONSTIPATED. THEN ONE NIGHT STOMACH CRAMPS UNTIL I FELL TO THE FLOOR. THEN MY STOMACH BLEW UP AND MY BOWELS BURST AND ALL WENT INTO THE SINK AND DOWN CAME ALL THESE MONTHS OF BOWEL. WOULDN'T STOP. ALL NIGHT. THE MOST UNUSUAL LOOKING LIKE A CREATURE. I LYE ON THE FLOOR WITH CRAMPS UNTIL I FELL ASLEEP. WHEN I AWOKE MY STOMACH WAS FULL AND THE PAIN RETURNED WHEN I AWOKE.

NO MEDICAL: Dr. JOHN ESPOLITO, APRN NURSE LISA SAVAGE, APRN EMILY BRYANT, RN ANNE-MARIE McCOOLE, RN DIANE WHITLEY, RN MARY, RN JANICE, RN WENDY, RN ERIC, RN MacELKEY

I COMPLAINED ABOUT THE LOCK DOWN DELIVERED FOOD BY OFFICERS KNUT WILKINS, CARVER, ROSE, KEENE, LAVOIE, BISHOP, CPL FLEURY, KIMBALL. INMATES DAVE ALLEN, MICHAEL MURRIS, TYRONE ENGLISH AND NEW HAMPSHIRE STATE PRISON AND ADMINISTRATOR KEVIN STEVENSON

I NEED TODAY THREE SECTION 1983 COMPLETE FORMS, I AM VINDICATING WRONGFUL CONVICTION PLEASE SEND THREE 28 USC 2254 APPLICATIONS. I AM ALSO SUING OTHERS

I AM 1998'S HILLSBOROUGH N. SUPERIOR COURT DEFENDANT KENNETH H. HART INMATE NO. 73581 N.H. STATE PRISON P.O. BOX 14 LOST and NH 03301-0014

I TRIED. I CANNOT WIN SUIT IN NEW HAMPSHIRE COURTS WILL NOT ALLOW. COMPLAINED TO HEALTH SERVICES AT PRISON. IT'S FOREIGN MEDICINE NOT AMERICAN.

TO DATE: MAY 2, 2012 WEDNESDAY

KENNETH HART #73581